UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBRA ARTT, BRADLEY HUGHES,
ADAM ISRAEL, STEPHEN RANIERO,
SOPHIA ROGERS, SHANE SAVAGE,
and SCOTT GAYNE,

      Plaintiffs,

v.                                                      Case No:   6:14-cv-956-Orl-18TBS

ORANGE LAKE COUNTRY CLUB
REALTY, INC.,

      Defendant.

_____

## ORDER

This Fair Labor Standards Act case comes before the Court on the parties' Joint Motion to Designate Case as Track Three Pursuant to Local Rule 3.05 (Doc. 30). This lawsuit is brought by seven named Plaintiffs and two opt-in Plaintiffs who have stated their intent to seek certification of the action as a collective action brought on behalf of themselves and other similarly situated individuals.   The Court does not know when Plaintiffs intend to seek certification or, if it is granted, how many additional parties might be added.   Under the circumstances, the parties believe this should be designated as a Track Three Case as provided in Local Rule 3.05(a)(3).   I find the motion to be premature.   If the Court approves the bringing of a collective action then it can also determine whether to re-designate this as a Track Three Case, in the meantime, the motion is **DENIED WITHOUT PREJUDICE**.

      **DONE** and **ORDERED** in Orlando, Florida on February 11, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record