UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBRA ARTT, BRADLEY HUGHES,
ADAM ISRAEL, STEPHEN RANIERO,
SOPHIA ROGERS, SHANE SAVAGE
and SCOTT GAYNE,

        Plaintiffs,

v.           Case No: 6:14-cv-956-Orl-40TBS

ORANGE LAKE COUNTRY CLUB
REALTY, INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on Joint Motion for Settlement Approval and to Dismiss Case with Prejudice (Doc. 43) filed on September 30, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 5, 2015 (Doc. 44), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Settlement Approval and to Dismiss Case with Prejudice (Doc. 43) is **GRANTED** and the parties' Settlement Agreements are **APPROVED**.

3. The case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 22, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2